

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-13-00569-CR

Kristi Rene **NIX**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B11614
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Pursuant to the recent opinion in *Kelly v. State*, PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014), appellant is advised that she has the right to review the appellate record to assist her in preparing a pro se brief in response to the *Anders* brief filed by court-appointed counsel. If appellant desires to exercise this right, she must file a written request for access to the record with this court **within fifteen (15) days** from the date of this order. The request must reference this appeal and be mailed to:

> Fourth Court of Appeals
> 300 Dolorosa, Suite 3200
> San Antonio, Texas 78232

If appellant timely requests access to the record, the deadline to file appellant's pro se brief will be reset *for thirty days* after the date on which the clerk of this court sends a copy of the record to appellant.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court